United States District Court
for the
Southern District of New York
Manhattan Division

RECEIVED
SDNY PRO SE OFFICE

2024 NOV -4  AM 11: 21

Donte McClellon
_____
Plaintiff,

v.

Webull Financial LLC
_____
Defendant.

Case No. _____

(to be filled in by the Clerk's Office)

Civil
Complaint

Jury Trial Demanded
_____

Double - sided Filing

## Statement of Claim

Plaintiff Donte McClellon, proceeding pro se at this time, moves this Court and alleges that Defendant Webull Financial LLCs' wrongful actions or inactions caused significant financial harm, loss and damage to Plaintiff and is liable to him for approximately $1,700,000 in funds as well as other damages from his brokerage account under a Client agreement ("Contract"). Plaintiff alleges the following causes of action against Defendant Webull Financial LLC: (1) violation of the New York State Securities Act ("NYSSA"); (2) New York Consumer Protection Act ("NYCPA"); (3) Common law fraud; (4) breach of fiduciary duty; (5) breach of Contract; (6) negligence; and (7) conversion. FINRA, the regulating authority with original jurisdiction of this matter has relinquished it's control and ability to hear this case without prejudice of the Plaintiff's claims respectively over to this Court. Plaintiff is a citizen of the State of New York and Defendant Webull Financial LLC has its principal place of business and are incorporated under the laws of the State of New York. This Court has jurisdiction over this case. "[A] pro se complaint, however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers." Erickson v. Pardus, 551 U.S. 89, 94, 127 S.Ct. 2197, 167 L. Ed. 2d 1081 (2007) (quoting Estelle v. Gamble, 429 U.S. 97, 106, 97 S.Ct. 285, 50 L. Ed. 2d 251 (1976)). Accordingly, this Complaint meets that standard. Discovery and evidence in this case will reveal as alleged that Defendant Webull Financial LLC engaged in blatant self-dealing, fraud, misrepresentation, theft, breach of trust, breach of fiduciary duty, breach of contract, identity theft, and other intentional negligent misconduct in conversion, freezing, pooling, otherwise manipulating Plaintiff's funds without Plaintiff's authorization or delegation. Employees at Webull Financial LLC acted with specific and targeted malice, mens rea, and knowledge to destroy Plaintiff's wealth by placing and executing unauthorized trades in Plaintiff's Webull brokerage account beginning at

a time unknown but not later than in or about November 2021 and continuing through at least July 2022 in New York, within the Southern District of New York, and elsewhere, the Defendant, Webull Financial LLC, knowingly carried out a scheme to devalue Plaintiff's Webull Financial LLC brokerage account significantly. This dramatic decline is evident in Webull Financial LLC statements for Plaintiff's brokerage account between November 2021 and July 2022. Furthermore, Defendant failed to notify Plaintiff via trading confirmations and account statements of these allegedly fraudulent transactions, protect Plaintiff's high value brokerage account and return of my funds. Defendant was negligent in not properly verifying or reversing invalid alleged fraudulent transactions. In addition, Defendant in its robust advertising campaign on social media and search engine platforms such as Bing committed fraudulent or deceitful act and made several false representations to Plaintiff and the Public at large related to account security and fraud detection and protection. No such security or fraud protection protocols exist. Defendant failed to properly notify Plaintiff of the fraudulent activity that was occurring in Plaintiff's account via account statements and trade confirmations but nonetheless the Plaintiff sent a letter to Defendant immediately to file his good faith claims with the Defendant directly without a response back but the Defendant continued its failure to protect Plaintiff's brokerage account in subject and return Plaintiff's funds.

Plaintiff respectively submits its prayer for relief and seeks compensatory damages, all other damages (i.e., direct and consequential damages), loss of opportunity damages, treble damages under the New York Consumer Protection Act, punitive damages due to malice, an award of Plaintiff's attorney's fees and costs related to this action, and an order requiring Defendant to both make Plaintiff whole by returning his funds of $1,700,000.00 with prejudgment interest allowed by the law. Defendant Webull Financial LLC willfully interfered with Plaintiff's assets and economic opportunity, wrongfully used and appropiated Plaintiff's funds from Plaintiff's brokerage account with Defendant, and possessed funds that they had an obligation to return to Plaintiff. Defendant committed fraudulent conduct as opposed to mere negligence or mistake when it facilitated fraudulent trades in order to devalue Plaintiff's account at a dramatic rate. Defendant owed Plaintiff a fiduciary duty as a registered FINRA brokerage and SPIC insured brokerage and that duty was breached per the existing client agreement governing the Plaintiff's Webull brokerage account. That breach proximately if not entirely caused the injury due to the Defendant's reckless disregard and conscious wrongdoing for account security and asset protection. This in direct connection to the fraudulent purchase of securities. Defendant has an obligation and responsibility to the Plaintiff as his broker-dealer. Plaintiff never conducted any purchase of stock or stock options in November 2021 and beyond and Plaintiff never authorized nor delegated anyone at Webull Financial LLC or elsewhere to purchase any stock or stock options in his brokerage account in November 2021 and beyond. This case is primarily a breach of contract case with the basis being unauthorized activity and fraud. I am demanding a Jury Trial.

Respectfully submitted,

Date: October 28th, 2024

Dante McClellon
Pro se Plaintiff

Donte McClellan, Reg #06316-510
P.O. Box 1000
Otisville, NY 10963

Legal Mail
Court Filing

U.S. District Court
Attn: Clerk of Court
500 Pearl St.
New York, NY 10007



2024 NOV -4  AM 11:06

RECEIVED
SDNY PRO SE OFFICE