UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONTE McCLELLON,

             *Plaintiff,*

      -against-

WEBULL FINANCIAL LLC,

             *Defendant.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/25/2026

1:24-cv-8442 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    The Court is in receipt of Plaintiff's motion to appoint counsel and letter of intent to file an amended complaint. [ECF No. 33]. The request to appoint counsel is DENIED without prejudice for the reasons set forth in the Court's prior Orders. *See* [ECF Nos. 14, 29]. The request for an extension of time within which to file an amended complaint is GRANTED, but Plaintiff's request for an extension through June 2026 is excessive. Instead, Plaintiff shall have until April 4, 2026, to amend his complaint.

    The Clerk of Court is respectfully requested to terminated docket entry number 33.

**SO ORDERED.**

**Date:  February 25, 2026**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**